# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF J.L., JR.

NO.  2022 CW 1089

**NOVEMBER 21, 2022**

---

In Re:    J.C.-M., applying for supervisory writs, 22nd Judicial
          District Court, Parish of St. Tammany, No. 0534-2020.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED IN PART, WRIT NOT CONSIDERED IN PART.** This writ application is denied insofar as it seeks review of the trial court's April 1, 2022 judgment terminating the parental rights of relator, J.C.-M.  Rule 5-3 of the Uniform Rules of Louisiana Courts of Appeal provides that when an application for writs is sought in cases such as this, the trial court shall fix a reasonable time within which the application shall be filed, not to exceed fifteen days from the date of the ruling at issue. The judgment was signed on April 1, 2022, notice was mailed on April 6, 2022, the notice of intent was filed on September 1, 2022, and the writ application was filed on October 7, 2022. Accordingly, the writ application is untimely as to this judgment.

Insofar as this writ application seeks review of the trial court's June 22, 2022 ruling, this writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6), (7), (8), (9), and (10).  Relator, J.C.-M., failed to include a copy of the signed judgment or ruling complained of, a copy of the judge's reasons for judgment (if written), a copy of the pleadings on which the ruling was founded, a copy of the opposition and attachments, if any, and the pertinent court minutes.  In addition, this court requires the transcript of the June 22, 2022 hearing and a copy of the notice of judgment.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, documentation to show that the original writ application was timely filed, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before December 21, 2022, and must contain a copy of this ruling.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
DEPUTY CLERK OF COURT
FOR THE COURT